# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-0002** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **SHAMAR L. BANKS** | : | |

## **ORDER**

AND NOW, this 14th day of August, 2014, upon consideration of the motion to vacate, set aside, or correct sentence (Doc. 69), filed by petitioner Shamar L. Banks ("Banks"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Banks's motion to vacate, set aside, or correct sentence (Doc. 69) is DENIED.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania