# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Pennsylvania__

United States of America
v.
Shamar Lanell Banks

) Case No: 1:CR-11-002-01
) USM No: 69786-067
)
) Gerald A. Lord, Esq.
) Defendant's Attorney

Date of Original Judgment: 02/29/2012
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

FILED
HARRISBURG, PA
OCT 0 3 2016
[signature], CLERK
Per [signature]

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __198__ months **is reduced to** __168 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __02/29/2012__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __9/30/16__

Judge's signature

Effective Date: _____
*(if different from order date)*

Christopher C. Conner, Chief United States District Judge
*Printed name and title*